**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BERRY MORROW,
ADC #143825                                                                        PLAINTIFF

V.                                     5:13CV00098 BSM/JTR

DAVID KELLEY, Lieutenant,
Cummins Unit, ADC, et al.                                                     DEFENDANTS

## ORDER

Plaintiff has filed a Motion asking the Court to reconsider the April 3, 2013 Order directing him to mail his discovery requests and responses directly to Defendants' attorney and instructing the Clerk to file any of his discovery requests or responses in the record.  *Doc. 4.*  Plaintiff states that he does not know how to conduct discovery because he does not have access to the Federal Rules of Civil Procedure.  A copy of those Rules should be available in the Tucker Maximum Security Unit Library. Nevertheless, in an abundance of caution, the Court will direct the Clerk to provide Plaintiff with a copy of the relevant Rules, as well as a docket sheet containing the mailing address for Defendants' attorney.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's Motion for Reconsideration (Doc. 46) is DENIED.

2.      The Clerk is directed to mail Plaintiff a copy of the docket sheet and Fed.

R. Civ. P. 5, 33, 34, 36, & 37.

Dated this <u>15th</u> day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE