# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BERRY MORROW,
ADC #143825                                                                                               PLAINTIFF

V.                                          5:13CV00098 SWW/JTR

DAVID KELLEY, Lieutenant,
Cummins Unit, ADC, et al.                                                                         DEFENDANTS

## ORDER

    Plaintiff's Motion (*Doc. 48*) to voluntarily dismiss his claims against separate Defendants Justin Holstead, LaJohn Carter, and Lucas Railford is granted, and his claims against those three Defendants are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

    Dated this 13th March, 2014.

                        /s/Susan Webber Wright

                        UNITED STATES DISTRICT JUDGE