# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JASON ODUM,
ADC #134272                                                                    PLAINTIFF

V.                           5:13CV00241 DPM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                      DEFENDANTS

## ORDER

Plaintiff has filed a Motion seeking an additionally thirty days to complete discovery. The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for an Extension of Time (*Doc. 28*) is GRANTED.

2. The parties must complete discovery **on or before May 12, 2014**, and file any dispositive motions **on or before June 11, 2014.**

Dated this  10th  day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE