# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| BERRY MORROW, ADC # 143825 | * * * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:13CV00098-SWW-JTR |
| DAVID KELLEY, Lieutenant, Cummins Unit, ADC, et al. | * * * |
| Defendants. | * |

## JUDGMENT

Pursuant to the order entered on this day, judgment is entered in favor of the defendants. This case is dismissed, with prejudice.

DATED this 2nd day of December 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE